■ MARCIA POMPILII, Respondent, v CHARLES B. ROSENBLUM et al., Appellants, et al., Defendant. [634 NYS2d 402] —Appeal by the defendants Charles B. Rosenblum and Donna Aufiero Rosenblum from an order of the Supreme Court, Kings County (Shaw, J.), dated May 26, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Shaw at the Supreme Court. O'Brien, J. P., Santucci, Joy and Friedmann, JJ., concur.